RUBY BOOKER V. THE STATE.

No. 10173.   Delivered May 12, 1926.

**Theft of Automobile—No Statement of Facts—No Bills of Exception.**

This record contains neither a statement of facts, nor bills of exception, and nothing is presented to this court for review. The judgment is affirmed.

Appeal from the District Court of Cherokee County. Tried below before the Hon. C. A. Hodges, Judge.

Appeal from a conviction for theft of an automobile, penalty two years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for theft of an automobile, punishment is two years in the penitentiary.

The record contains neither statement of facts nor bills of exception. Nothing is presented to this court for review.

The judgment is affirmed.

*Affirmed.*

---

WILL MORRISON V. THE STATE.

No. 10174.   Delivered May 12, 1926.

**Simple Assault—No Statement of Facts—No Bills of Exception.**

No statement of facts, nor bill of exception is presented in this record and in this condition nothing is presented to this court for review. The judgment is affirmed.

Appeal from the County Court of Howard County. Tried below before the Hon. H. R. Debenport, Judge.

Appeal from a conviction for a simple assault, penalty a fine of $10.00.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for misdemeanor. No statement of facts nor bills of exception are found in the record. In this condition nothing is presented to this court for review.

The judgment is affirmed.    *Affirmed.*